UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM JAMES TERRELL, JR.,
    Plaintiff,

vs.

CRAIG LAWRENCE SCHWALL, et al.
    Defendant.

CIVIL ACTION FILE

NO. 1: 10-cv-3023-TWT

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 13th day of October, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: _____
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 13, 2010
James N. Hatten
Clerk of Court

By: _____
    Deputy Clerk